MARILYN FORTIN *v.* JOHN CYRUS ET AL.
(9793)

DALY, LAVERY and HEIMAN, Js.

Argued September 27—decision released October 22, 1991

*Allen A. Marko,* for the appellant (defendant Robert Elderkin).

*Michael A. D'Amico,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.